| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | JEREMY KROGER, CA Bar #258956 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | MONICA NANETTE HERNANDEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:11-cr-00149 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION VACATING TRIAL DATE AND |
| | ) | SETTING FOR CHANGE OF PLEA AND |
| v. | ) | ORDER THEREON |
| | ) | |
| MONICA NANETTE HERNANDEZ, | ) | |
| | ) | Date: April 23, 2012 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Dept: 2 |

IT IS HEREBY STIPULATED by and between the parties hereto that the trial date presently scheduled for May 22, 2012 and all court-ordered deadlines pursuant to the Court's pre-trial order dated December 15, 2011, may be vacated, and a change of plea hearing be scheduled for April 23, 2012, at 10:00 a.m.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further plea negotiation and defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

/ / / /

/ / / /

/ / / /

|   |   |   |   |
|---|---|---|---|
| | | | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: March 23, 2012 | | By: | /s/ Stanley Boone<br>STANLEY A. BOONE<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: March 23, 2012 | | By: | /s/ Jeremy S. Kroger<br>JEREMY S. KROGER<br>Assistant Federal Defender<br>Attorney for Defendant<br>Monica N. Hernandez |

# O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated: March 23, 2012

CHIEF UNITED STATES DISTRICT JUDGE