BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MONICA NANETTE HERNANDEZ<br><br>　　　　　　Defendant. | CASE NO. 1:11-CR-00149 AWI<br><br>STIPULATION AND ORDER TO VACATE TRIAL DATE AND TO SCHEDULE NEW TRIAL DATE |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Grant B. Rabenn, counsel for the United States, and Jeremy Kroger, counsel for the defendant Monica Nanette Hernandez, that the trial in the above-captioned matter now set for March 12, 2013, shall be vacated and rescheduled for June 25, 2013.

**FURTHER, IT IS HEREBY STIPULATED** that the trial confirmation hearing presently scheduled for February 25, 2013 will be vacated and rescheduled to June 10, 2013 at 10:00 a.m.

**FURTHER, IT IS HEREBY STIPULATED** by the above parties that time shall be excluded from the trial date of March 12, 2013 through the new trial date of June 25, 2013 based on the need for defense counsel to consult with the defendant, review current charges, conduct investigation, review discovery and otherwise prepare for trial. Accordingly, the above parties stipulate that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant

Stipulation and Order　　　　　　　　　　　　　　1

in a trial within the original date prescribed by the Speedy Trial Act, Title 18, United States Code, Section 3161, et. seq.

Dated: February 4, 2013  BENJAMIN B. WAGNER
United States Attorney

 /s/ Grant B. Rabenn
GRANT B. RABENN
Assistant United States Attorney


 /s/ Jeremy Kroger
JEREMY KROGER
Attorney for Defendant

**ORDER**

**IT IS HEREBY ORDERED** that the trial in the above-captioned matter now set for March 12, 2013, shall be vacated and rescheduled for June 25, 2013.

**FURTHER, IT IS HEREBY ORDERED** that the trial confirmation hearing presently scheduled for February 25, 2013 will be vacated and rescheduled to June 10, 2013 at 10:00 a.m.

**FURTHER, IT IS HEREBY ORDERED** that time shall be excluded from the trial date of March 12, 2013 through the new trial date of June 25, 2013 based on the need for defense counsel to consult with the defendant, review current charges, conduct investigation, review discovery and otherwise prepare for trial, and thus the ends of justice served by continuing the case outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act, Title 18, United States Code, Section 3161, et. seq.


IT IS SO ORDERED.

Dated:  February 6, 2013  _____
SENIOR DISTRICT JUDGE

Stipulation and Order  2